1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | SCOTT SIMEON (NYBN 5012653)
MOHIT GOURISARIA (CABN 320754)

5 | Assistant United States Attorneys

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113

7 | Telephone: (408) 535-5061
FAX: (408) 535-5066

8 | scott.simeon@usdoj.gov

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00382 EJD |
| Plaintiff, | **UNITED STATES' AMENDED WITNESS LIST** |
| v. | Final PTC Date:  March 8, 2021 |
| JUAN ROCHA, | PTC Time:  9:00 a.m. |
| a/k/a Pablo Anthony Nunez, | Courtroom:  Courtroom 4, 5th Floor |
| Defendant. | |

The government hereby submits a list of witnesses it may call in its case-in-chief at trial.

DATED: March 5, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_/s/_
SCOTT SIMEON
MOHIT GOURISARIA
Assistant United States Attorneys

| Witness | Subject of Testimony |
|---|---|
| Armando Baltazar<br>Santa Cruz Probation Officer | Supervision of the defendant |
| Suzanne Edson-Homer | Employer/employee relationship with the defendant, including the defendant's statements about his family |
| Taylor Frechette<br>Diplomatic Security Agent | Investigation of and collection of evidence against the defendant |
| Genalle Gilmore<br>Santa Cruz Probation Officer | Supervision of the defendant, including his statements and flight after being contacted by Diplomatic Security agents |
| Lisa Lee<br>Santa Cruz Sheriff's Deputy | 2004 investigation of the defendant for Providing False Identification to a Police Officer, including the defendant's statements |
| Joshua McKim<br>Santa Cruz Sheriff's Deputy | 2019 traffic stop of the defendant, including the defendant's statements and his possession of a check belonging to Jose Rocha |
| Dolores Mestaz | Familial relationship with the true Paul "Pablo" Nunez, and lack of any relationship with the defendant |
| Sally Mestaz | Familial relationship with the true Paul "Pablo" Nunez, and lack of any relationship with the defendant |
| Lauren Nell<br>Diplomatic Security Agent | Investigation of and collection of evidence against the defendant, including the defendant's statements |
| Jose Pilar Nunez | Familial relationship with the true Paul "Pablo" Nunez, and lack of any relationship with the defendant |
| Paul "Pablo" Anthony Nunez | The true Paul "Pablo" Nunez, and his lack of any relationship with the defendant |
| Sara Parham<br>State Department Fraud Prevention Manager | Explanation of the defendant's U.S. State Department records, including application instructions, applications submitted by the defendant, and fraud prevention |

| | |
|---|---|
| Zenon Rocha | Familial relationship to the defendant and the defendant's true identity |
| Jose Rocha | Familial relationship to the defendant and the defendant's true identity |
| Jesus Rocha | Familial relationship to the defendant and the defendant's true identity |
| Ethan Rumrill<br>Santa Cruz Sheriff's Deputy | 2017 investigation of the defendant for Providing False Identification to a Police Officer, including the defendant's statements |
| Alma Serrato-Sanchez | Familial relationship to the defendant and the defendant's true identity |
| Edward Simpson<br>Diplomatic Security Agent | Investigation of and collection of evidence against the defendant, including the defendant's statements and flight |
| Stephen Sims<br>Diplomatic Security Agent | Investigation of and collection of evidence against the defendant, including the defendant's statements and flight |