STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT SIMEON (NYBN 5012653)
MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   scott.simeon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN ROCHA, <br>   a/k/a Pablo Anthony Nunez, <br><br> Defendant. | CASE NO. 19-CR-00382 EJD <br><br> SECOND AMENDED JOINT EXHIBIT LIST <br><br> Trial Date:   March 9, 2021 <br> Trial Time:  9:00 a.m. <br> Courtroom:  Courtroom 1, 5th Floor |

   The parties hereby submit their second amended joint exhibit list for trial.

DATED: March 15, 2021

                                                     Respectfully submitted,

                                                   STEPHANIE M. HINDS
                                                   Acting United States Attorney

                                                   */s/*
                                                   SCOTT SIMEON
                                                   MOHIT GOURISARIA
                                                   Assistant United States Attorneys

                                                   */s/*
                                                   DEJAN M. GANTAR
                                                   DANIEL PAUL BLANK
                                                   Assistant Federal Public Defenders

| Exhibit Number | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 1 | | | | DS-11, U.S. Passport Application Form | 210-211 |
| 2 | | | | Defendant's Application for a U.S. Passport (DS-11 #301471373) | 209 |
| 3 | | | | DS-82, U.S. Passport Renewal Application Form | 214-219 |
| 4 | | | | Defendant's Renewal Application for a U.S. Passport (DS-82 #272228448) | 212-213 |
| 5 | | | | Defendant's U.S. Passport #301471373 | N/A |
| 6 | | | | Photocopy of Passport #301471373 found in Defendant's wallet on September 20, 2019 | 253 |
| 7 | | | | Birth Certificate of Paul Anthony Nunez | 225 |
| 8 | | | | Certifications of Absence of Birth Certificate for Defendant | 264-272 |
| 9 | | | | Certification of Absence of Social Security Number for Defendant | 207 |
| 10-1 | | | | Audio Recording of Defendant's September 20, 2019 Post-Arrest Statement: 3:53-4:44 | 105 |
| 10-2 | | | | Audio Recording of Defendant's September 20, 2019 Post-Arrest Statement: 7:55-8:17 | 105 |
| 10-3 | | | | Audio Recording of Defendant's September 20, 2019 Post-Arrest Statement: 16:25-17:37 | 105 |

| | | | | | |
|---|---|---|---|---|---|
| 10-4 | | | | Audio Recording of Defendant's September 20, 2019 Post-Arrest Statement: 18:28-19:40 | 105 |
| 10-5 | | | | INTENTIONALLY LEFT BLANK | |
| 10-6 | | | | INTENTIONALLY LEFT BLANK | |
| 10-7 | | | | INTENTIONALLY LEFT BLANK | |
| 11-1 | | | | Transcript of Defendant's September 20, 2019 Post-Arrest Statement: 3:53-4:44 | 185-186 |
| 11-2 | | | | Transcript of Defendant's September 20, 2019 Post-Arrest Statement: 7:55-8:17 | 188 |
| 11-3 | | | | Transcript of Defendant's September 20, 2019 Post-Arrest Statement: 16:25-17:37 | 192-193 |
| 11-4 | | | | Transcript of Defendant's September 20, 2019 Post-Arrest Statement: 18:28-19:40 | 193-194 |
| 11-5 | | | | INTENTIONALLY LEFT BLANK | |
| 11-6 | | | | INTENTIONALLY LEFT BLANK | |
| 11-7 | | | | INTENTIONALLY LEFT BLANK | |
| 12 | | | | INTENTIONALLY LEFT BLANK | |
| 12-1 | | | | Audio of Defendant's Recorded Call: 8/27/2020 10:24:45 AM | 392 |

| | | | | | |
|---|---|---|---|---|---|
| 12-2 | | | | Audio of Defendant's Recorded Call: 8/28/2020 2:08:40 PM | 393 |
| 12-3 | | | | Audio of Defendant's Recorded Call: 8/29/2020 2:27:17 PM | 394 |
| 12-4 | | | | Audio of Defendant's Recorded Call: 8/30/2020 1:24:04 PM | 395 |
| 12-5 | | | | Audio of Defendant's Recorded Call: 8/31/2020 2:20:03 PM | 396 |
| 12-6 | | | | Audio of Defendant's Recorded Call: 10/1/2020 10:13:55 AM | 397 |
| 12-7 | | | | Audio of Defendant's Recorded Call: 10/1/2020 11:15:45 AM | 398 |
| 12-8 | | | | Audio of Defendant's Recorded Call: 10/1/2020 1:08:56 PM | 399 |
| 12-9 | | | | Audio of Defendant's Recorded Call: 10/1/2020 1:57:44 PM | 400 |
| 12-10 | | | | Audio of Defendant's Recorded Call: 10/2/2020 1:02:17 PM | 401 |
| 13 | | | | INTENTIONALLY LEFT BLANK | |
| 13-1 | | | | Transcript of Defendant's Recorded Call: 8/27/2020 10:24:45 AM | 372-373 |
| 13-2 | | | | Transcript of Defendant's Recorded Call: 8/28/2020 2:08:40 PM | 374-375 |
| 13-3 | | | | Transcript of Defendant's Recorded Call: 8/29/2020 2:27:17 PM | 376-377 |

| | | | | | |
|---|---|---|---|---|---|
| 13-4 | | | | Transcript of Defendant's Recorded Call: 8/30/2020 1:24:04 PM | 378-379 |
| 13-5 | | | | Transcript of Defendant's Recorded Call: 8/31/2020 2:20:03 PM | 380-381 |
| 13-6 | | | | Transcript of Defendant's Recorded Call: 10/1/2020 10:13:55 AM | 382-383 |
| 13-7 | | | | Transcript of Defendant's Recorded Call: 10/1/2020 11:15:45 AM | 384-385 |
| 13-8 | | | | Transcript of Defendant's Recorded Call: 10/1/2020 1:08:56 PM | 386-387 |
| 13-9 | | | | Transcript of Defendant's Recorded Call: 10/1/2020 1:57:44 PM | 388-389 |
| 13-10 | | | | Transcript of Defendant's Recorded Call: 10/2/2020 1:02:17 PM | 390-391 |
| 14 | | | | Defendant's California DMV Records | 47-51 |
| 15 | | | | Defendant's Oregon DMV Records | 170-181 |
| 16 | | | | INTENTIONALLY LEFT BLANK | |
| 17 | | | | INTENTIONALLY LEFT BLANK | |
| 18 | | | | Photos of Tattoo on Defendant's Left Shoulder (as of December 7, 2009, and as of February 24, 2021) | 318-319 |
| 19 | | | | Photocopy of Defendant's U.S. Passport #301471373 | 255 |

| Exhibit Number | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 200 | | | | CA DMV Records | 000047 - 000051 |
| 201 | | | | Audio Recording of Defendant's Post Arrest Interview with Transcript | 000105, 000182-000200 |