| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | SCOTT SIMEON (NYBN 5012653)<br>MOHIT GOURISARIA (CABN 320754) |
| 5 | Assistant United States Attorneys |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5066 |
| 8 | scott.simeon@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN ROCHA,<br>  a/k/a Pablo Anthony Nunez,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 19-CR-00382 EJD<br><br>**FINAL VERDICT FORM**<br><br>Trial Date:   March 9, 2021<br>Trial Time:   9:00 a.m.<br>Courtroom:  Courtroom 1, 5th Floor |

The parties hereby submit the final verdict form for trial in the above-captioned case.

DATED: March 16, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
SCOTT SIMEON
MOHIT GOURISARIA
Assistant United States Attorneys

_____/s/_____
DEJAN M. GANTAR
DANIEL PAUL BLANK
Assistant Federal Public Defenders

FINAL VERDICT FORM
19-CR-00382 EJD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JUAN ROCHA,<br>   a/k/a Pablo Anthony Nunez,<br><br>   Defendant. | CASE NO. 19-CR-00382 EJD<br><br>**VERDICT FORM** |

We, the Jury, find the defendant, Juan Rocha, a/k/a Pablo Anthony Nunez:

    GUILTY        NOT GUILTY

    _____    _____

(place an X on the appropriate line)

of a False Statement in an Application for a Passport, on or about January 4, 2016, in violation of Title 18, United States Code, Section 1542, as charged in Count One of the Indictment.

DATED: _____                    _____
                                                                               FOREPERSON