UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>JUAN ROCHA aka PABLO ANTHONY NUÑEZ,<br><br>Defendants. | Case No. 5:19-cr-00382-EJD<br><br>**JURY NOTES DURING DELIBERATIONS** |

Please find attached Jury Note No. 1 and No. 2 during the jury's deliberations.

Dated: 3/17/2019

Susan Y. Soong
Clerk, United States District Court

_Adriana M. Kratzmann_
Adriana M. Kratzmann, Deputy Clerk to the
Honorable EDWARD J. DAVILA

5:19-cr-00382-EJD
JURY NOTES DURING DELIBERATIONS

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:19-cr-00382-EJD
Case Title: USA v Juan Rocha aka Pablo Anthony Nuñez

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 3/16/21

Time: 4:24

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

We would like to adjourn for the day. We would like to start tomorrow at 9 AM

DATE: 3/16/21

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:19-cr-00382-EJD
Case Title: USA v Juan Rocha aka Pablo Anthony Nuñez

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 3/17/21

Time: 12:39 PM

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark] ( ✓ )

or

2. The Jury has the following question:

DATE: 3/17/21

Signature of Juror