STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT SIMEON (NYBN 5012653)
MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    scott.simeon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00382 EJD |
| Plaintiff, | FINAL JOINT EXHIBIT LIST |
| v. | Trial Date:  March 9, 2021 |
| JUAN ROCHA, | Trial Time:  9:00 a.m. |
| a/k/a Pablo Anthony Nunez, | Courtroom:  Courtroom 1, 5th Floor |
| Defendant. | |

The parties hereby submit their final joint exhibit list for trial.

DATED: March 16, 2021

                                                  Respectfully submitted,

                                                  STEPHANIE M. HINDS
                                                  Acting United States Attorney

                                                  _____/s/_____
                                                  SCOTT SIMEON
                                                  MOHIT GOURISARIA
                                                  Assistant United States Attorneys

                                                  _____/s/_____
                                                  DEJAN M. GANTAR
                                                  DANIEL PAUL BLANK
                                                  Assistant Federal Public Defenders

| Exhibit Number | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 1 | | | | DS-11, U.S. Passport Application Form | 210-211 |
| 2 | | | | Defendant's Application for a U.S. Passport (DS-11 #301471373) | 209 |
| 3 | | | | DS-82, U.S. Passport Renewal Application Form | 214-219 |
| 4 | | | | Defendant's Renewal Application for a U.S. Passport (DS-82 #272228448) | 212-213 |
| 6 | | | | Photocopy of Passport #301471373 found in Defendant's wallet on September 20, 2019 | 253 |
| 7 | | | | Birth Certificate of Paul Anthony Nunez | 225 |
| 8 | | | | Certifications of Absence of Birth Certificate for Defendant | 264-272 |
| 9 | | | | Certification of Absence of Social Security Number for Defendant | 207 |
| 10-1 | | | | Audio Recording of Defendant's September 20, 2019 Statement: 3:53-4:44 | 105 |
| 10-2 | | | | Audio Recording of Defendant's September 20, 2019 Statement: 7:55-8:17 | 105 |
| 10-3 | | | | Audio Recording of Defendant's September 20, 2019 Statement: 16:25-17:37 | 105 |
| 10-4 | | | | Audio Recording of Defendant's September 20, 2019 Statement: 18:28-19:40 | 105 |

| | | | | | |
|---|---|---|---|---|---|
| 12-1 | | | | Audio of Defendant's Recorded Call: 8/27/2020 10:24:45 AM | 392 |
| 12-2 | | | | Audio of Defendant's Recorded Call: 8/28/2020 2:08:40 PM | 393 |
| 12-3 | | | | Audio of Defendant's Recorded Call: 8/29/2020 2:27:17 PM | 394 |
| 12-4 | | | | Audio of Defendant's Recorded Call: 8/30/2020 1:24:04 PM | 395 |
| 12-5 | | | | Audio of Defendant's Recorded Call: 8/31/2020 2:20:03 PM | 396 |
| 12-6 | | | | Audio of Defendant's Recorded Call: 10/1/2020 10:13:55 AM | 397 |
| 12-7 | | | | Audio of Defendant's Recorded Call: 10/1/2020 11:15:45 AM | 398 |
| 12-8 | | | | Audio of Defendant's Recorded Call: 10/1/2020 1:08:56 PM | 399 |
| 12-9 | | | | Audio of Defendant's Recorded Call: 10/1/2020 1:57:44 PM | 400 |
| 12-10 | | | | Audio of Defendant's Recorded Call: 10/2/2020 1:02:17 PM | 401 |
| 13-1 | | | | Transcript of Defendant's Recorded Call: 8/27/2020 10:24:45 AM | 372-373 |
| 13-3 | | | | Transcript of Defendant's Recorded Call: 8/29/2020 2:27:17 PM | 376-377 |
| 13-6 | | | | Transcript of Defendant's Recorded Call: 10/1/2020 10:13:55 AM | 382-383 |

| | | | | | |
|---|---|---|---|---|---|
| 13-8 | | | | Transcript of Defendant's Recorded Call: 10/1/2020 1:08:56 PM | 386-387 |
| 13-9 | | | | Transcript of Defendant's Recorded Call: 10/1/2020 1:57:44 PM | 388-389 |
| 13-10 | | | | Transcript of Defendant's Recorded Call: 10/2/2020 1:02:17 PM | 390-391 |
| 14 | | | | Defendant's California DMV Records | 47-51 |
| 15 | | | | Defendant's Oregon DMV Records | 170-181 |
| 18 | | | | Photos of Tattoo on Defendant's Left Shoulder (as of December 7, 2009, and as of February 24, 2021) | 318-319 |
| 19 | | | | Photocopy of Defendant's U.S. Passport #301471373 | 255 |