UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00382 EJD |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| JUAN ROCHA,<br>a/k/a Pablo Anthony Nunez, | |
| Defendant. | |

We, the Jury, find the defendant, Juan Rocha, a/k/a Pablo Anthony Nunez:

GUILTY        NOT GUILTY
__X__         _____

(place an X on the appropriate line)

of a False Statement in an Application for a Passport, on or about January 4, 2016, in violation of Title 18, United States Code, Section 1542, as charged in Count One of the Indictment.

DATED: 3/17/21

FOREPERSON

VERDICT FORM
19-CR-00382 EJD