GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Dejan_Gantar@fd.org


Counsel for Defendant ROCHA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 19-CR-382 EJD |
| Plaintiff, | **STIPULATION TO MODIFY PROTECTIVE ORDER; ORDER** |
| v. | |
| JUAN ROCHA a.k.a. PABLO NUNEZ, | |
| Defendant. | |

Defendant Juan Rocha a.k.a. Pablo Nunez, represented by AFPD Dejan M. Gantar, and the government, represented by AUSA Mohit Gourisaria, hereby stipulate and agree that the Protective Order issued on November 18, 2019 (*see* Dkt. 8), be modified.

The parties agree the following paragraph from the Protective Order be stricken:

///

///

///

///

///

IT IS FURTHER ORDERED that defense counsel shall return

1
2
3
4
5
6
7
8
9
10
11

materials subject to this Protective Order (including any copies) to the United States within 14 days after whichever event occurs last in time: dismissal of all charges against the defendant; defendant's acquittal; defendant's sentencing; or the conclusion of any direct appeal. After the United States receives documents and materials subject to this Order, it shall maintain those documents and materials until the period for filing a motion under 28 U.S.C. § 2255 has expired. After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order. If defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order. Defendant's attorney in any motion under 28 U.S.C. § 2255 shall return the documents and materials subject to this Protective Order within 14 days after the district court's ruling on the motion or 14 days after the conclusion of any direct appeal of the district court's order denying the motion, whichever is later.

12  *See* Dkt. 8 at 3:8-20.

13  The parties further agree and stipulate that the Protective Order be further modified to include

14  the following:

15
16
17
18
19
20
21
22
23
24
25

IT IS FURTHER ORDERED that after any judgment or disposition has become final and there are no pending proceedings, challenges, appeals, or habeas motions in the case, defense counsel shall notify the government so that the government can request materials subject to this Protective Order (including any copies) be returned to the United States.  To the extent that the defense team intends to maintain possession of the Protected Information, it must so do under conditions specified in the Protective Order.  If the defense team cannot ensure that the material will be kept under the conditions specified in this Order, then it will destroy the material.  After the United States receives documents and materials subject to this Order, it shall maintain those documents and materials until the period for filing a motion under 28 U.S.C. § 2255 has expired.  After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order.

26
27
28

IT IS SO STIPULATED.

1

2
Dated:       July 20, 2021

3
                                                         GEOFFREY A. HANSEN
                                                         Acting Federal Public Defender

4
                                                         Northern District of California

5
                                                                   /S/

6
                                                         DEJAN M. GANTAR
                                                         Assistant Federal Public Defender

7

8
Dated:       July 20, 2021

9
                                                         STEPHANIE M. HINDS
                                                         Acting United States Attorney
                                                         Northern District of California

10
                                                                   /S/

11
                                                         MOHIT GOURISARIA
                                                         Assistant United States Attorney

12

13

14
///

15
///

16
///

17
///

18
///

19
///

20
///

21
///

22
///

23
///

24
///

25
///

26
///

27
///

28

STIPULATION AND ORDER TO MODIFY PROTECTIVE ORDER
*ROCHA*, 19-CR-382 EJD

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Protective Order, Dkt. 8, issued on November 18, 2019, is modified as follows:

The following paragraph from the Protective Order is stricken:

> IT IS FURTHER ORDERED that defense counsel shall return materials subject to this Protective Order (including any copies) to the United States within 14 days after whichever event occurs last in time: dismissal of all charges against the defendant; defendant's acquittal; defendant's sentencing; or the conclusion of any direct appeal. After the United States receives documents and materials subject to this Order, it shall maintain those documents and materials until the period for filing a motion under 28 U.S.C. § 2255 has expired. After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order. If defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order. Defendant's attorney in any motion under 28 U.S.C. § 2255 shall return the documents and materials subject to this Protective Order within 14 days after the district court's ruling on the motion or 14 days after the conclusion of any direct appeal of the district court's order denying the motion, whichever is later.

*See* Dkt. 8 at 3:8-20.

///

///

///

///

///

///

///

///

///

///

///

The Protective Order is further modified as follows:

> IT IS FURTHER ORDERED that after any judgment or disposition has become final and there are no pending proceedings, challenges, appeals, or habeas motions in the case, defense counsel shall notify the government so that the government can request materials subject to this Protective Order (including any copies) be returned to the United States.  To the extent that the defense team intends to maintain possession of the Protected Information, it must so do under conditions specified in the Protective Order.  If the defense team cannot ensure that the material will be kept under the conditions specified in this Order, then it will destroy the material.  After the United States receives documents and materials subject to this Order, it shall maintain those documents and materials until the period for filing a motion under 28 U.S.C. § 2255 has expired.  After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order.

IT IS SO ORDERED.

Dated:        __July 21, 2021____

HON. EDWARD J. DAVILA
United States District Judge